# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH LEE PARKER

_____/

SEALED
__INDICTMENT__

1:26CR12-AW/ML

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about July 24, 2017, in the Northern District of Florida, the defendant,

## JOSEPH LEE PARKER,

using a facility and means of interstate commerce, did knowingly attempt to

persuade, induce, and entice Minor 1, an individual who had not attained the age of

18 years, to engage in sexual activity for which any person can be charged with a

criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

On or about July 24, 2017, in the Northern District of Florida, the defendant,

## JOSEPH LEE PARKER,

did attempt to employ, use, persuade, induce, and entice Minor 1 to engage in

sexually explicit conduct for the purpose of producing a visual depiction of such

conduct, and this depiction was to be transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE

On or about July 24, 2017, in the Northern District of Florida and elsewhere, the defendant,

## JOSEPH LEE PARKER,

did knowingly receive, and attempt to receive, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FOUR

Between on or about May 9, 2017 and on or about May 10, 2017, in the Northern District of Florida, the defendant,

## JOSEPH LEE PARKER,

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice Minor 2, an individual who had not attained the age of

2

18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE

On or about January 27, 2017, in the Northern District of Florida, the defendant,

## JOSEPH LEE PARKER,

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice Minor 3, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT SIX

On or about January 27, 2017, in the Northern District of Florida, the defendant,

## JOSEPH LEE PARKER,

did attempt to employ, use, persuade, induce, and entice Minor 3 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was to transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer.

3

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT SEVEN

On or about January 27, 2017, in the Northern District of Florida and elsewhere, the defendant,

**JOSEPH LEE PARKER,**

did knowingly receive, and attempt to receive, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT EIGHT

On or about November 24, 2017, in the Northern District of Florida, the defendant,

**JOSEPH LEE PARKER,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice Minor 4, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

4

In violation of Title 18, United States Code, Section 2422(b).

## COUNT NINE

On or about November 24, 2017, in the Northern District of Florida, the defendant,

## JOSEPH LEE PARKER,

did attempt to employ, use, persuade, induce, and entice Minor 4 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and this depiction was to transported and transmitted in and effecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TEN

On or about November 24, 2017, in the Northern District of Florida and elsewhere, the defendant,

## JOSEPH LEE PARKER,

did knowingly receive, and attempt to receive, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## CRIMINAL FORFEITURE

The allegations contained in Counts One, Four, Five, and Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2428. From his engagement in the violation alleged in Counts One, Four, Five, and Eight of this Indictment, the defendant,

## JOSEPH LEE PARKER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his interest in:

A.  Any property, real or personal, used or intended to be used to commit or facilitate the commission of the violation alleged in Counts One, Four, Five, and Eight of this Indictment; and

B.  Any property, real or personal, constituting or derived from any proceeds traceable to, or proceeds obtained directly or indirectly as a result of, the violation alleged in Counts One, Four, Five, and Eight of this Indictment.

C.  If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

i.  cannot be located upon the exercise of due diligence;

6

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of the Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428(2), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

## CHILD PORNOGRAPHY FORFEITURE

The allegations contained in Counts Two, Three, Six, Seven, Nine, and Ten of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations charged in Counts Two, Three, Six, Seven, Nine, and Ten of this Indictment, punishable by imprisonment for more than one year, the defendant,

### JOSEPH LEE PARKER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section

7

2253, all of his interest in:

(A)    Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(B)    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(C)    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

i.    cannot be located upon the exercise of due diligence;

ii.    has been transferred, sold to, or deposited with a third party;

iii.    has been placed beyond the jurisdiction of this Court;

iv.    has been substantially diminished in value; or

v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b),

8

and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

Redacted

DATE   4/28/2026

JOHN P. HEEKIN
United States Attorney

ERIC W. WELCH
Assistant United States Attorney

9